order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BENEDICT SCHWARZ, Respondent, v. ADOLPH SIMON HERRMANN, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE W. READ & SON, INC., Respondent, v. GEORGE W. READ, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JEAN R. COOK and HARRISON I. COOK, Appellants, v. B. ALTMAN & Co., Appellant, and A. GARSIDE & SONS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondent against the appellants, with leave to the plaintiffs to serve an amended complaint in each action within twenty days from service of order upon payment of the costs awarded against them. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THOMAS M. FAY, Appellant, for a Peremptory Order of Mandamus against EDWARD P. MULROONEY, as Police Commissioner, etc., and as Trustee and Treasurer of the Police Pension Fund, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

M. ARTHUR HELFHAT, Respondent, v. J. NORMAN WHITEHOUSE and Others, Appellants.— Appeal dismissed, without prejudice to an application for a stay pending restitution, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES M. RIEDELL, Respondent, v. WELLS-NEWTON NATIONAL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LENA KING, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EMMA BROGAN, Appellant, v. 1088 MADISON AVE., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LUCILE PUGH, Appellant, v. HARRY SUGARMAN and JAMES H. CRUIKSHANK, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LUCILE PUGH, Appellant, v. HARRY SUGARMAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD BOGAN and Another, Appellants.— Order so far as appealed from affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ROSE LEVINE v. BROOKLYN-MANHATTAN TRANSIT CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.